### CHOICE vs. HARBY ET AL.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

The certificate of the clerk should state that the record "contains all the *evidence adduced on the trial*," or the appeal will be dismissed.

*Vason*, of counsel for the appellee, prayed for the affirmance of the judgment, with costs, and ten per cent. damages.

On examining the record, the clerk's certificate only stated that it contained a transcript of all the proceedings, as well as of all the documents, filed in the case, &c."

The judge certified at the end, that "the foregoing record contains *all the matters of fact*, upon which the cause was tried."

The case was submitted to the court on the record, and appellee's points filed.

*Vason*, for the plaintiff and appellee.

*Kennicott*, contra.

*Martin, J.*, delivered the opinion of the court.

The defendants are appellants from a judgment against them, as maker and endorsers of a promissory note.

The certificate of the clerk attests, that the transcript contains all the proceedings and the documents filed in the case ;

34          VOL. XIV.

but it does not inform us that it contains all the evidence
adduced on the trial. We are, therefore, unable to examine
the case on the merits, and the appeal must, consequently, be dismissed, with costs in both courts.